IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

```
IN RE:                              *   CASE NUMBER: 10-02306 ESL
                                    *
MARY CARMEN ESCOBAR DIAZ            *
                                    *
Debtor (s)                          *   CHAPTER 13
                                    *
                                    *
*******************************
```

**PROPOSED AMENDMENT OF THE CHAPTER 13 PLAN**

**TO THE HONORABLE COURT:**

**COMES** now Debtor (s) represented by the undersigned counsel and respectfully Allege (s) and Pray (s) as follows:

1. Amend Chapter 13 Plan in order to provide for the payment of a priority claim. *Enclosed Please Find Proposed Amended Chapter 13 Plan.*

**WHEREFORE**, it is respectfully requested of this Honorable Court to approve the above indicated amendment.

In San Juan, Puerto Rico, this 13th day of July 2010.

**I HEREBY CERTIFY**: That on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **Jose Ramon Carrion, Esq.**, US

Trustee **Monsita Lecaroz Arribas** and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

**RESPECTFULLY SUBMITTED.**

**/s/ Marilyn Valdes Ortega**
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O. Box 19559
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail valdeslaw@prtc.net

United States Bankruptcy Court
District of Puerto Rico

IN RE:  Case No. **10-02306**

**ESCOBAR DIAZ, MARI CARMEN** Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____  ☑ AMENDED PLAN DATED: **7/13/2010**
☐ PRE ☐ POST-CONFIRMATION  Filed by: ☐ Debtor ☐ Trustee ☑ Other

### I. PAYMENT PLAN SCHEDULE

| $ | **350.00** x | **24** = $ | **8,400.00** |
| $ | **450.00** x | **36** = $ | **16,200.00** |
| $ | x | = $ | |
| $ | x | = $ | |
| $ | x | = $ | |

TOTAL: $ **24,600.00**

Additional Payments:
$_____ to be paid as a LUMP SUM
within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____

☐ Other: _____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **24,600.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,900.00**

Signed: **/s/ MARI CARMEN ESCOBAR DIAZ**
Debtor

Joint Debtor

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**  Phone: **(787) 758-4400**
CHAPTER 13 PAYMENT PLAN

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR   $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____  Cr. _____  Cr. _____
# _____  # _____  # _____
$ _____  $ _____  $ _____

2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **RELIABLE FINANCIA**  Cr. _____  Cr. _____
# **845645007**  # _____  # _____
$ **13,369.09**  $ _____  $ _____

3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____  Cr. _____  Cr. _____
# _____  # _____  # _____
$ _____  $ _____  $ _____

4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:

5. ☐ Other:

6. ☐ Debtor otherwise maintains regular payments directly to:

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law.
11 U.S.C. § 507 and § 1322(a)(2)  #CDA $1,575.00
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____  Cr. _____  Cr. _____
# _____  # _____  # _____
$ _____  $ _____  $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
**See Continuation Sheet**

|  | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Assumed:** | **TRUJILLO ALTO EST** | | |

TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR.

ADEQUATE PROTECTION PAYMENT TO RELIABLE FINANCIAL UNTIL CONFIRMATION $50.00     TO BE PAID BY TRUSTEE MONTHLY.

INSURANCE TO RELIABLE FINANCIAL THROUGH UNIVERSAL AT THE END OF SALES CONTRACT IN THE APROXIMATE AMOUNT OF $ 2,000.00 DISBURSEMENT TO UNIVERSAL INSURANCE TO BEGIN AT END OF THE SALES CONTRACT ON MARCH 2012

ANY CHRISTMAS BONUS IF ANY THAT DEBTOR MAY PROSPECTIVELY RECEIVE FOR THE DURATION OF THE PLAN WILL BE PAID INTO THE PLAN, EXCEPT FOR THE FIRST $1,000.00 DOLLARS AND THOSE AMOUNT REASONABLY NEEDED, WHICH WILL BE CONSULTED WITH THE TRUSTEE , SHOULD NO AGREEMENT BE REACHED WITH THE TRUSTEE IN THIS MATTER DEBTOR WILL MOVE THE COURT ACCORDINGLY, IN ORDER TO MAXIMIZE THE DISTRIBUTION TO GENERAL UNSECURED CREDITORS.

ANY POST PETITION TAX RETURNS THAT MAY PROSPECTIVELY ARISE FROM ANY TAX REFUND FOR THE DURATION OF THE PLAN WILL BE USED AS NEEDED TO FUND THE PLAN IN ORDER TO MAXIMIZE THE DISTRIBUTION TO GENERAL UNSECURED CREDITORS, AFTER ITS CONFIRMATION AND WITHOUT THE NEED FOR ANY FURTHER NOTICE, HEARING OR COURT ORDER, THE PLAN SHALL BE DEEMED MODIFIED BY THE INCREMENT(S) TO ITS BASE.

```
Label Matrix for local noticing          BANCO BILBAO VIZCAYA ARGENTARIA       US Bankruptcy Court District of P.R.
0104-3                                   PO BOX 364745                         U.S. Post Office and Courthouse Building
Case 10-02306-ESL13                      SAN JUAN, PR 00936-4745               300 Recinto Sur Street, Room 109
District of Puerto Rico                                                        San Juan, PR 00901-1964
Old San Juan
Tue Apr 13 11:42:16 AST 2010
ADVANCE COLLECTION SERVICES, INC.        BANCO BILBAO VIZCAYA                  BANCO POPULAR DE PR
PO BOX 364607                            PO BOX 71113                          PO BOX 36-6818
SAN JUAN, PR 00936-4607                  SAN JUAN, PR 00936-8013               SAN JUAN, PR 00936-6818


BANCO POPULAR DE PR                      CITIFINANCIAL                         COMMOLOCO
PO BOX 70100                             65 INF. AVE.                          P.O. BOX 1168
SAN JUAN, PR 00936-8100                  CONCORDIA SHOP CTR                    ST JUST, PR 00978-1168
                                         RIO PIEDRAS, PR 00929


DEPARTAMENTO DE HACIENDA                 DEPARTAMENTO DEL TRABAJO              FEDERAL LITIGATION DEPT OF JUSTICE
PO BOX 9024140                           AVE. MUOZ RIVERA 505                  PO BOX 9020192
OFICINA 424 B                            HATO REY, PR 00918-3352               SAN JUAN, PR 00902-0192
SAN JUAN, PR 00902-4140


MUEBLERIAS BERRIOS                       PR TELEPHONE CO                       RELIABLE FINANCIAL SERVICES
PO BOX 674                               PO BOX 360998                         PO BOX 21382
CIDRA PR 00739-0674                      SAN JUAN, PR 00936-0998               SAN JUAN, PR 00928-1382


ROOMS TO GO                              TRUJILLO ALTO ESTATES LIMITED, PARTNERS.   JOSE RAMON CARRION MORALES
PLAZA LAS AMERICAS POWER CENTER          VISTA DEL RIO ADMINISTRATIVE OFFICES  PO BOX 9023884
CALLE CALAF #2                           345 CARR 8860, APT 1250               SAN JUAN, PR 00902-3884
HATO REY, PR 00914                       TRUJILLO ALTO, PR 00976-5521


MARI CARMEN ESCOBAR DIAZ                 MARILYN VALDES ORTEGA                 MONSITA LECAROZ ARRIBAS
COND VISTA DEL RIO APARTMENTS            VALDES-ORTEGA                         OFFICE OF THE US TRUSTEE (UST)
345 CARR 8860 APT J1446                  P O BOX 195596                        OCHOA BUILDING
TRUJILLO ALTO, PR 00976-5415             SAN JUAN, PR 00919-5596               500 TANCA STREET SUITE 301
                                                                               SAN JUAN, PR 00901-1938
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)BBVA-P.O. BOX 364745, SAN JUAN, P.R. 0093    (u)ESCOBAR DIAZ, MARI CARMEN         End of Label Matrix
                                                                                     Mailable recipients    20
                                                                                     Bypassed recipients     2
                                                                                     Total                  22
```