IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

MARI CARMEN ESCOBAR DIAZ

XXX-XX-7683

Debtor(s)

CASE NO. 10-02306 ESL
Chapter 13

**FILED & ENTERED ON 10/26/2011**

## ORDER AND NOTICE

A hearing is hereby scheduled for 12/14/2011 at 02:00 P.M. to consider the following:

1- Motion requesting reconsideration of dismissal filed by Debtor (#49)

2- Report regarding the status of Chapter 13 plan payments filed by Trustee (#50)

The Clerk shall give notice to all parties in interest.

San Juan, Puerto Rico, this 26 day of October, 2011.

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

CC: All creditors